| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Julie A. Springer
Weisbart Springer Hayes, LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701
(512) 652-5780

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE KOZOUREK,

          Plaintiff(s),

     v.

INTERCALL, INC., a Delaware corporation; and DOES 1 through 30, inclusive,

          Defendant(s).    /

CASE NO. CV 12 3967

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Julie A. Springer, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intercall, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Kristin Oliveira, Curiale Hirschfeld Kraemer LLP, 727 Sansome Street, San Francisco, California 94111 - (415) 835-9000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/31/2012

                                                       Julie A. Springer

[GRANTED — Judge Maria-Elena James, United States District Court, Northern District of California]