Ralph D. Hughes, Esq. (SBN 111641)
Brad Stuckey, Esq. (SBN 214971)
**HUGHES LEGAL GROUP, PC**
4471 Stoneridge Drive, Suite B
Pleasanton, California 94588
law@ralphdhughes.com
Telephone: (925) 426-9200
Facsimile: (925) 426-9215

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| NICOLE KOZOUREK, an individual,<br><br>             Plaintiffs,<br>     vs.<br><br>INTERCALL, INC, a Delaware corporation; and DOES 1 through 30, inclusive.<br><br>             Defendants. | CASE NO.: 3:12-cv-03967 MEJ<br><br>*Assigned For All Purposes to Honorable Maria-Elena James   - Dept. B*<br><br>**REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER**<br><br>Date:   November 1, 2012<br>Time:  10:00 am<br>Dept:   B<br><br>*Complaint Filed: June 26, 2012* |

Plaintiff's counsel, Brad Stuckey, request permission from the Court to appear by telephone in the above referenced on November 1, 2012 at 10:00 am for the Case Management Conference.

Dated: October 17, 2012              **HUGHES LEGAL GROUP, PC**
                                      Attorneys for Plaintiff

                                      By:_____
                                           Brad Stuckey, Esq.

*REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER*

*- 1 -*

**ORDER**

This cause coming before the Court for consideration on Plaintiff's request to appear via telephone at the November 1, 2012 Case Management Conference, and the Court being fully advised.

IT IS SO ORDERED that Plaintiff's request is GRANTED.

DATED: __October 22, 2012__   _____
United Stated Magistrate J...



**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on October 17, 2012. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: October 17, 2012      By: _____
                                Brad Stuckey, Esq.  (SBN 214971)

*REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER*

*- 2 -*