1

2

3

4

5

6

7

8

9

10

11

12

13

Kristin Oliveira (SBN 204384)
**HIRSCHFELD KRAEMER LLP**
727 Sansome Street
San Francisco, CA  94111
Telephone:      (415) 835-9000
Facsimile:      (415) 834-0443
kolveira@hkemploymentlaw.com

Julie A. Springer (TXBN 18966770)
P. Bane Phillippi (TXBN 24007843)
**WEISBART SPRINGER HAYES, LLP**
212 Lavaca Street, Suite 200
Austin, Texas  78701
Main:  (512) 652-5780
Direct:  (512) 652-5782
Facsimile:  (512) 682-2074
jspringer@wshllp.com
bphillippi@wshllp.com
*Admitted Pro Hac Vice*

Attorneys for Defendant
INTERCALL, INC.

14

15

16

17

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **NICOLE KOZOUREK, an individual**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**INTERCALL, INC., a Delaware corporation; and DOES 1 through 30, inclusive,**<br><br>        **Defendants.** | **Case No.: 3:12-CV-03967 MEJ**<br><br><br>**REQUEST TO APPEAR BY TELELPHONE AND [~~PROPOSED~~] ORDER**<br><br>Date:  November 1, 2012<br>Time:  10:00 a.m.<br>Dept.:  B |

1

Defendant InterCall, Inc.'s counsel, Julie Springer, requests permission from the Court to

2

appear by telephone in the above-referenced matter on November 1, 2012 at 10:00 a.m. for the

3

Case Management Conference.

4

5

**DATED:** October 24, 2012                    **WEISBART SPRINGER HAYES LLP**

6

7

By      /s/ Julie A. Springer
        Julie A. Springer – *Pro Hac Vice*
        Attorney for Defendant
8       INTERCALL, INC.

9

10

11

12

**CERTIFICATE OF SERVICE**

13

14

I hereby certify that a true and correct copy of the foregoing document has been
forwarded to all counsel of record herein by way of:

15

☐        U.S. Mail, First Class
16       ☐        Certified Mail
         ☐        Facsimile
17       ☐        Federal Express
         ☐        Hand Delivery
18       ☒        E-Service (Court's electronic filing system)

19

on this 24th day of October, 2012, to wit:

20

Ralph D. Hughes, Esq.
21       Brad Stuckey, Esq.
         HUGHES LEGAL GROUP, PC
22       4471 Stoneridge Drive, Suite B
         Pleasanton, California  94588
23       (925) 426-9200
         (925) 426-9215 - Fax
24       law@ralphdhughes.com

25

/s/ Julie A. Springer
26                                             Julie A. Springer

27

28

**ORDER**

  This cause coming before the Court for consideration on Defendant InterCall, Inc.'s

Request to Appear by Telephone at the November 1, 2012 Case Management Conference, and

the Court being fully advised.

  IT IS SO ORDERED that Defendant's Request is GRANTED.

DATED: __October 24, 2012__   _____

             United States Magistrate Judge



Case No. 3:12-CV-03967-MEJ; REQUEST TO APPEAR BY TELEPHONE AND [PROPOSED] ORDER
Page 3 of 3