IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE KOZOUREK, an individual,

    Plaintiff,

v.

INTERCALL INC., a Delaware corporation, and DOES 1 through 30, inclusive,

    Defendants.

No. C 12-03967 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** plaintiff's request to attend the case management conference by telephone because the courtroom telephone system makes it difficult to conduct hearings over it.

**IT IS SO ORDERED.**

Dated: November 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE